# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                       NO.     4:09CR00232-001 SWW

RAYLENE JEAN BEARDEN

## **ORDER**

Before the Court is defendant's motion for relief from her sentence. She asks the Court to give her credit towards her federal sentence the time she has been incarcerated since September 28, 2009. As the government explained in response to a similar motion defendant filed in May 2012, defendant received credit toward her state sentence for the approximately 12 months she spent in jail from the date her state sentence was imposed (April 2, 2010) through the date her federal sentence was imposed (April 13, 2011). She is not entitled to receive the same credit toward her federal sentence. Defendant was given a *Willis* credit toward her federal sentence for the period of time beginning on the date of her arrest on the Virginia state charges (September 29, 2009) through the date the Virginia state sentence was imposed (April 2, 2010), for a total of 186 days.

The Court therefore denies the motion [docket entry 135].

IT IS SO ORDERED this 4th day of March, 2013.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE