# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                  PLAINTIFF

vs.                          NO. 4:09CR00232-001  SWW

RAYLENE JEAN BEARDEN                             DEFENDANT

### ORDER

The above entitled cause came on for hearing September 24, 2014 on the government's motion to revoke defendant's conditions of supervised release previously granted in the United States District Court for the Eastern District of Arkansas. The Court directs the government and the probation officer to research the Bureau of Prisons medical treatment of defendant's serious medical condition and whether the procedures she receives in Little Rock, which she says afford her considerable relief, are available to female inmates in the BOP. Therefore, the Court found that the revocation hearing should be continued.

The hearing on the government's motion to is continued until **WEDNESDAY, OCTOBER 1, 2014 AT 1:00** in Room #389, Richard Sheppard Arnold United States Courthouse, Little Rock, Arkansas.

Defendant is remanded to custody.

IT IS SO ORDERED this 25th day of September 2014.

                                                         /s/Susan Webber Wright
                                                         UNITED  STATES  DISTRICT  JUDGE