**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                   PLAINTIFF

vs.                          NO. 4:09CR00232-001   SWW

RAYLENE JEAN BEARDEN                                DEFENDANT

## **ORDER**

The above entitled cause came on for hearing October 1, 2014 on government's motions to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the admissions of defendant and statements of counsel, the Court found that defendant has violated the conditions of her supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted this defendant, be, and it is hereby, **revoked *granting*** government's motions [docs #154, #155]. Defendant shall serve a term of imprisonment of ***EIGHT (8) MONTHS*** in the custody of the Bureau of Prisons. The Court recommends that defendant be incarcerated in the medical facility at FMC Carswell, Fort Worth, TX where her previous medical records are located. The defendant is in Stage IV HEP-C/Cirrhosis of the liver. The Court requests that the Bureau of Prisons review all her medical records, including those from Little Rock, Arkansas, some of which are currently in the possession of the Pulaski County Detention Facility, and reevaluate her medical condition. The Court recommends that the Bureau of Prisons consider continuing the treatment that defendant received while in the custody of the Pulaski County Detention Facility, as such treatment has

afforded her considerable relief.

The court also recommends that defendant participate in substance abuse treatment and mental health counseling during incarceration.

There will be *NO* supervised release to follow.

The defendant is remanded to custody of the U. S. Marshal Service.

IT IS SO ORDERED this 2nd day of October 2014.

/s/Susan Webber Wright

United States District Judge